IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD F. HOIRUP, JR., on his own behalf and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PROFESSIONAL ENGINEERS IN CALIFORNIA GOVERNMENT,<br><br>　　　　　　Defendant. | 2:02-cv-0662-GEB-PAN(JFM)<br><br>ORDER[*] |

      Upon reconsideration of the Order filed June 6, 2006, which denied the Joint Motion for Approval of Class Notice ("Joint Motion"), the Order filed June 6, 2006, is withdrawn, and the Joint Motion is granted.

      The proposed class notice attached to the Joint Motion ("Class Notice") is approved.  The motion for attorneys' fees shall be filed within twenty days after this Order is filed.  Defendant shall cause the Class Notice to be mailed by first-class mail to each member of each class within ten days of the filing of the motion for

---

[*] Plaintiff's motion for reconsideration filed June 12, 2006, was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

1

attorneys' fees.  The Class Notice shall specify the date by which class members' objections must be postmarked; that date shall not be less than thirty days after the date on which the Class Notice is mailed.  A hearing on the motion for attorneys' fees is set for October 2, 2006, at 10:00 a.m. in Courtroom 10, Sacramento, California.  Counsel for Plaintiff shall comply with the disclosure provisions set forth in the Class Notice and file all timely objections with the Court ten days prior to the hearing on the motion for attorneys' fees.

       IT IS SO ORDERED.

Dated:  July 6, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge